No. 96–6040. WALKER v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 96–6041. JESSOP v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 96–6042. MACALINO v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 96–6043. MONCRIEF v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 96–6048. RIVAS LINARES v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 96–6049. LINDSEY v. MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–6055. GALLOWAY v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 96–6060. SAM v. INDEPENDENCE SAVINGS BANK. C. A. 3d Cir. Certiorari denied.

No. 96–6063. WUORNOS v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 96–6069. WILLIAMS v. MCCAUSLAND ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–6079. BLAGG v. OREGON ET AL. Ct. App. Ore. Certiorari denied.

No. 96–6083. ROBINSON v. COURT OF COMMON PLEAS OF OHIO, CUYAHOGA COUNTY. Sup. Ct. Ohio. Certiorari denied.

No. 96–6087. SIERRA v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 96–6089. OLSEN v. MCDANIEL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–6226. BERKLEY v. DEPARTMENT OF THE ARMY. C. A. Fed. Cir. Certiorari denied.